## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

CURTIS WILLIAMS,

           Plaintiff,

Case No. 5:18-cv-401-JSM-PRL

_____/

AVANT, LLC

           Defendant.

### STIPULATION TO ARBITRATION

Plaintiff Curtis Williams ("Plaintiff") and defendant Avant, LLC ("Avant") (together, the "Parties") stipulate and agree as follows:

1. Pursuant to the terms of the underlying agreement between the Parties, this matter shall be submitted to arbitration.

2. The Parties respectfully request that the Court stay this matter pending the arbitration.

Dated:   September 10, 2018

Respectfully submitted,

CURTIS WILLIAMS

AVANT, LLC

/s/ Joshua R. Kersey

/s/ William P. Cassidy, Jr.

Joshua R. Kersey
Florida Bar No.:  087578
**MORGAN & MORGAN, PA**
201 North Franklin Street, 7th Floor
Tampa, FL  33602
T:  (813) 225-5505
F:  (813) 222-2490
jkersey@forthepeople.com
jessicak@forthepeople.com

WILLIAM P. CASSIDY, JR.
Florida Bar No. 332630
wcassidy@jclaw.com
**JOHNSON & CASSIDY, P.A.**
324 S. Hyde Park Ave., Suite 325
Tampa, FL 33606
Direct Dial: (813) 699-4857
Facsimile: (813) 235-0462

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this, the 10th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court for the U.S. District, Middle District of Florida, by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<i>/s/ William P. Cassidy, Jr.</i><br>William P. Cassidy, Jr.